United States District Court
Southern District of Texas

**ENTERED**
October 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTOPHER DALE HAVENS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00283 |
| | § | |
| SHERIFF'S DEPARTMENT OF ARANSAS | § | |
| COUNTY, *et al.*, | § | |
| | § | |
| Defendants. | | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Mitchel Neurock's Memorandum and Recommendation ("M&R"). (D.E. 26). The M&R recommends that the Court:

- Dismiss Plaintiff's official capacity claims without prejudice;

- Dismiss Plaintiffs' remaining claims with prejudice as frivolous, malicious, or for failure to state a claim upon which relief may be granted; and

- Impose a "strike" under 28 U.S.C. § 1915(g) and instruct the Clerk to send notice of this dismissal to the Manager of the Three Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov. *Id.* at 57.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 26). Accordingly, the Court:

- **DISMISSES without prejudice** Plaintiff's official capacity claims;

- **DISMISSES with prejudice** Plaintiff's remaining claims as frivolous, malicious, or for failure to state a claim upon which relief may be granted; and

- **IMPOSES** a "strike" under 28 U.S.C. § 1915(g) and instructs the Clerk to send notice of this dismissal to the Manager of the Three Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.

The Court will enter a final judgment separately.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
October 17th, 2025